| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **David P Mullikin** <br> First Name  Middle Name  Last Name | Social Security number or ITIN | **xxx–xx–9080** |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | **Sophrenia L Mullikin** <br> First Name  Middle Name  Last Name | Social Security number or ITIN | **xxx–xx–5398** |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Central District of Illinois** | | Date case filed for chapter  **13**  **9/16/16** | |
| Case number:  **16–90923** | | | |

Official Form 309I
**Notice of Chapter 13 Bankruptcy Case**                                                                12/15

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**
**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | David P Mullikin | Sophrenia L Mullikin |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 57 Apple Lane <br> Bourbonnais, IL 60914 | 57 Apple Lane <br> Bourbonnais, IL 60914 |
| 4. | **Debtor's attorney** <br> Name and address | Mark M Berardi <br> Law Offices of Mark M Berardi <br> 207 S Water St <br> Wilmington, IL 60481 | Contact phone 815–476–7635 <br> Email: mberardilaw@gmail.com |
| 5. | **Bankruptcy trustee** <br> Name and address | Marsha L Combs–Skinner <br> Chapter 13 Standing Bankruptcy Trustee <br> 108 S. Broadway <br> PO Box 349 <br> Newman, IL 61942 | Contact phone 217–837–9730 <br> Email: Trusteecs@Danville13.com |
| 6. | **Bankruptcy clerk's office** <br> Documents in this case may be filed at this address. <br> You may inspect all records filed in this case at this office or online at www.pacer.gov. | 203 U.S. Courthouse <br> 201 S. Vine Street <br> Urbana, IL 61802 <br><br> Visit www.ilcb.uscourts.gov for this court's mandatory electronic filing policy. | Hours open 8:00 am – 5:00 pm <br> Contact phone 217–974–7330 <br> Date: 9/16/16 |

**For more information, see page 2**

Debtor  **David P Mullikin**  and  **Sophrenia L Mullikin**                                                                                              Case number **16–90923**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **October 18, 2016 at 12:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**Kankakee County Health Department, 2390 W. Station Street, Conference Room, Kankakee, IL 60901** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 12/17/16** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 1/16/17** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 180 days after order for relief entered** |
| | **Deadlines for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan**<br><br>A copy of the plan is enclosed. | **Objections to confirmation MUST be filed within 20 days after the date the Meeting of Creditors is conducted.** If no objections are timely filed, the Court may enter an order confirming the Plan. The filing of a proof of claim does not constitute an objection to confirmation and will not prevent a claim from being modified pursuant to the terms set forth in the plan. In the event objections to confirmation are timely filed, a hearing will be scheduled on confirmation and any timely filed objections. | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. | |

United States Bankruptcy Court
Central District of Illinois

In re:
David P Mullikin
Sophrenia L Mullikin
    Debtors

Case No. 16-90923-tlp
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0753-2      User: dphi           Page 1 of 1           Date Rcvd: Sep 16, 2016
                   Form ID: 309I     Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 18, 2016.
```
db/jdb         +David P Mullikin,    Sophrenia L Mullikin,    57 Apple Lane,    Bourbonnais, IL 60914-9506
tr             +Marsha L Combs-Skinner,    Chapter 13 Standing Bankruptcy Trustee,    108 S. Broadway,
                 PO Box 349,    Newman, IL 61942-0349
6671000        +APS,    PO Box 5594,    Bankruptcy,    Carol Stream, IL 60197-5594
6671001        +Cnvrgt Hthcr,    121 Ne Jefferson St Ste,    Peoria, IL 61602-1256
6671002        +Cont Cntl Cr,    Po Box 131120,    Carlsbad, CA 92013-1120
6671006        +DSG Collect/ONCOAS22,    P.O. Box 1022,    Bankruptcy,    Wixom, MI 48393-1022
6671009        +Kevin Parks,    362 S Fultan Ave,    Bradley, IL 60915-2320
6671010        +Med Busi Bur,    1460 Renaissance Dr,    Park Ridge, IL 60068-1349
6671011        +Midwest MHC Finance, LLC,    43 E 5000 Rd North,    Bourbonnais, IL 60914-4474
6671013        +Personal Finance Co,    31 Meadowview Center,    Kankakee, IL 60901-2079
6671014        +Presence Health,    62314 Collection Center Dr,    Bankruptcy,    Chicago, IL 60693-0623
6671015        +Tristar Estates,    43 E 5000 Rd N,    Bourbonnais, IL 60914-4474
6671016        +Verizon Wireless,    Po Box 49,    Lakeland, FL 33802-0049
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty             E-mail/Text: mberardilaw@gmail.com Sep 16 2016 19:44:54     Mark M Berardi,
                 Law Offices of Mark M Berardi,    207 S Water St,    Wilmington, IL  60481
ust            +E-mail/Text: ustpregion10.pe.ecf@usdoj.gov Sep 16 2016 19:45:07     U.S. Trustee,
                 Office Of Nancy J. Gargula U.S. Trustee,    401 Main St #1100,    Peoria, IL 61602-1241
6671003        +E-mail/Text: clerical.department@yahoo.com Sep 16 2016 19:44:56     Creditors Collection B,
                 755 Almar Pkwy,    Bourbonnais, IL 60914-2393
6671004        +E-mail/Text: clerical.department@yahoo.com Sep 16 2016 19:44:56     Credtrs Coll,
                 755 Almar Pkwy,    Bourbonnais, IL 60914-2392
6671005        +E-mail/Text: electronicbkydocs@nelnet.net Sep 16 2016 19:45:12     Dept Of Education/neln,
                 121 S 13th St,    Lincoln, NE 68508-1904
6671007        +E-mail/Text: bankruptcy.notices@hdfsi.com Sep 16 2016 19:45:26     Esb/harley Davidson Cr,
                 Po Box 21829,    Carson City, NV 89721-1829
6671008        +EDI: PHINAMERI.COM Sep 16 2016 19:48:00      Gm Financial,    Po Box 181145,
                 Arlington, TX 76096-1145
6671012        +E-mail/Text: mmrgbk@miramedrg.com Sep 16 2016 19:45:12     Miramedrg,    991 Oak Creek Dr,
                 Lombard, IL 60148-6408
                                                                                              TOTAL: 8
```

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 18, 2016                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 16, 2016 at the address(es) listed below:
```
              Mark M Berardi    on behalf of Joint Debtor Sophrenia L Mullikin mberardilaw@gmail.com,
               mberardilaw@gmail.com
              Mark M Berardi    on behalf of Debtor David P Mullikin mberardilaw@gmail.com,
               mberardilaw@gmail.com
              Marsha L Combs-Skinner    Trusteecs@Danville13.com,
               marsha@danville13.com;mcombs-skinner@ECF.epiqsystems.com,
              U.S. Trustee    USTPRegion10.PE.ECF@usdoj.gov
                                                                                             TOTAL: 4
```