Form domsup

## UNITED STATES BANKRUPTCY COURT

Central District of Illinois
203 U.S. Courthouse
201 S. Vine Street
Urbana, IL 61802

*In Re:* David P Mullikin and Sophrenia L Mullikin  *Case No.:* 16–90923
*Debtor*

*Chapter:* 13

## Notice Requiring Domestic Support Obligation Certification

### (Required to Obtain A Discharge)

*Notice is hereby provided:*

☐ The schedules you have filed indicate no domestic support obligations. During the pendency of this bankruptcy case, any domestic support obligations that become due under any order of a court or administrative agency or under any statute **must be disclosed to the court.**

Pursuant to 11 U.S.C. 1328, a debtor who is required to pay a domestic support obligation must certify, upon completion of plan payments, that all amounts due under *any* order of a court or administrative agency or under any statute have been paid. Failure to file this certification could result in a denial or revocation of discharge.

☑ The schedules you have filed indicate domestic support obligations. Pursuant to 11 U.S.C. 1328, a debtor who is required to pay a domestic support obligation must certify, upon completion of plan payments, that all amounts due under *any* order of a court or administrative agency or under any statute have been paid.

The *Certification of Domestic Support Obligations* is an Official form found on the court's webpage, at www.ilcb.uscourts.gov. Go to Forms>National Forms.

Do not file the Certification of Domestic Support Obligations until completion of plan payments.

The attorney for the debtor will be expected to file the *Certification of Domestic Support Obligations,* serve a copy on parties in interest, and file a certificate of service. It will be assumed that this duty is included within the fee disclosed at the inception of the case.

**The court will not grant a discharge if the debtor(s) required to pay a domestic support obligation during the pendency of the case fail to file the required Certification.**

*Dated:* 9/16/16

    /S/  Adrienne D. Atkins
Clerk, U.S. Bankruptcy Court

Go to *www.ilcb.uscourts.gov* for information regarding this court's *mandatory* electronic filing policy.

United States Bankruptcy Court
Central District of Illinois

In re:                                                                          Case No. 16-90923-tlp
David P Mullikin                                                                Chapter 13
Sophrenia L Mullikin
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0753-2          User: dphi            Page 1 of 1              Date Rcvd: Sep 16, 2016
                              Form ID: domsup       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 18, 2016.
db/jdb         +David P Mullikin,    Sophrenia L Mullikin,    57 Apple Lane,    Bourbonnais, IL 60914-9506

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 18, 2016                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 16, 2016 at the address(es) listed below:
              Mark M Berardi    on behalf of Joint Debtor Sophrenia L Mullikin mberardilaw@gmail.com,
               mberardilaw@gmail.com
              Mark M Berardi    on behalf of Debtor David P Mullikin mberardilaw@gmail.com,
               mberardilaw@gmail.com
              Marsha L Combs-Skinner    Trusteecs@Danville13.com,
               marsha@danville13.com;mcombs-skinner@ECF.epiqsystems.com,
              U.S. Trustee    USTPRegion10.PE.ECF@usdoj.gov
                                                                                             TOTAL: 4