Form fmgtreq

# UNITED STATES BANKRUPTCY COURT

Central District of Illinois

203 U.S. Courthouse
201 S. Vine Street
Urbana, IL 61802

*In Re:* David P Mullikin and Sophrenia L Mullikin
*Debtor*

*Case No.:* 16−90923

*Chapter:* 13

# NOTICE RE: FINANCIAL MANAGEMENT/DEBTOR EDUCATION REQUIREMENT

**Notice is hereby provided:**

Pursuant to the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005, every individual debtor (both debtors in a joint case) filing under Chapters 7 and 13 must complete an approved financial management course and file certification of completion with the court in order to receive a discharge.

The required certification consists of **Official Form 423 Certification About a Financial Management Course.** For cases assigned to Judge Perkins, the requirement may be met by filing either Official Form 423 Certification About a Financial Management Course **or** a certificate of completion from the personal financial management provider (for each debtor in a joint case).

A list of approved courses may be found on the court webpage at *www.ilcb.uscourts.gov.*

For Chapter 7 cases, the required certification of completion must be filed prior to the deadline to file an objection to discharge. This date can be found on the Notice of Meeting of Creditors (341 Notice).

For Chapter 13 cases, the required certification of completion must be filed prior to the final Chapter 13 plan payment.

*Dated:* 9/16/16

   /S/   Adrienne D. Atkins
Clerk, U.S. Bankruptcy Court

**ATTENTION DEBTORS:**
**Receive your court notices and orders by email through the DeBN program.**
**Same−day delivery.   Convenient access.   Free.**
**Go to *www.ilcb.uscourts.gov/debn* for more information and to download the request form.**

Go to *www.ilcb.uscourts.gov* for information regarding this court's *mandatory* electronic filing policy.

United States Bankruptcy Court
Central District of Illinois

In re:  
David P Mullikin  
Sophrenia L Mullikin  
     Debtors

Case No. 16-90923-tlp  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0753-2     User: dphi     Page 1 of 1     Date Rcvd: Sep 16, 2016  
                    Form ID: fmgtreq    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 18, 2016.  
db/jdb      +David P Mullikin,    Sophrenia L Mullikin,    57 Apple Lane,    Bourbonnais, IL 60914-9506

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.     TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 18, 2016                                                    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 16, 2016 at the address(es) listed below:  
       Mark M Berardi    on behalf of Joint Debtor Sophrenia L Mullikin mberardilaw@gmail.com, mberardilaw@gmail.com  
       Mark M Berardi    on behalf of Debtor David P Mullikin mberardilaw@gmail.com, mberardilaw@gmail.com  
       Marsha L Combs-Skinner    Trusteecs@Danville13.com, marsha@danville13.com;mcombs-skinner@ECF.epiqsystems.com,  
       U.S. Trustee    USTPRegion10.PE.ECF@usdoj.gov  
                                                                                 TOTAL: 4