**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **David P Mullikin** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Sophrenia L Mullikin** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: CENTRAL DISTRICT OF ILLINOIS

Case number (if known): 16-90923

■ Check if this is an amended filing

Official Form 106Dec
## Declaration About an Individual Debtor's Schedules   12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

■ No
☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X /s/ David P Mullikin                              X /s/ Sophrenia L Mullikin
David P Mullikin                                     Sophrenia L Mullikin
Signature of Debtor 1                                Signature of Debtor 2

Date  October 23, 2016                              Date  October 23, 2016

---

Official Form 106Dec    Declaration About an Individual Debtor's Schedules

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy