Form amnddef(amnddefntc)

# UNITED STATES BANKRUPTCY COURT

Central District of Illinois
203 U.S. Courthouse
201 S. Vine Street
Urbana, IL 61802

*In Re:* David P Mullikin and Sophrenia L Mullikin      *Case No.:* 16−90923
*Debtor*

*Chapter:* 13

## Amendment Deficiency Notice

**Notice is hereby provided:**

☐ The filed on does not meet the required format. File a Revised Amendment on or before 11/15/16 which lists <u>only</u> information being added or changed. The Revised Amendment must include proof of service (POS), the applicable declaration form (Official Form 106Dec or 202), and 106Sum (for individual debtors only).

☐ The filed on does not include the required declaration form (Official Form 106Dec or 202). File the required declaration on or before 11/15/16 . Use the event Bankruptcy>Miscellaneous Events>Declaration About Individual Debtor's Schedules or Bankruptcy>Miscellaneous Events>Declaration Under Penalty of Perjury.

☑ The Amended Schedules A/B filed on 10/31/2016 does not include Official Form 106Sum. File the required form on or before 11/15/16 . Use the event, Bankruptcy>Miscellaneous Events>Summary of Assets and Liabilities.

☐ The filed on does not include a Proof of Service (POS). File a POS on or before 11/15/16 . The POS must indicate that the amendment was served on the creditor or party in interest listed on the amended schedules or lists. The POS must state what is being served, the date of service and the name and address of each party served, and the method of service. Use the event, Bankruptcy>Miscellaneous Events>Certificate of Service.

☐ The filed on is not on the most current official form. No action will be taken on this document.

☐ The Amended Matrix filed on does not meet the required format. File a Revised Amendment on or before 11/15/16 which lists <u>only</u> names and addresses of the additional parties. Go to www.ilcb.uscourts.gov for additional matrix formatting requirements.

☐ Other:

**The Court will not process deficient amendments and may enter an order striking the amendment if the deficiency is not cured by the stated deadline.**

**If directed to file a "Revised Amendment", you must use the event Bankruptcy>Miscellaneous Events>Revised Amendment. Failure to use this event may result in additional filing fees which will not be refunded.**

*Dated:* 11/1/16

　　　　　　　　　　　　　　　　　　　　　　　　　　　　/S/   Adrienne D. Atkins
　　　　　　　　　　　　　　　　　　　　　　　　　　　Clerk, U.S. Bankruptcy Court

Go to *www.ilcb.uscourts.gov* for information regarding this court's *mandatory* electronic filing policy.

United States Bankruptcy Court
Central District of Illinois

In re:  
David P Mullikin  
Sophrenia L Mullikin  
    Debtors

Case No. 16-90923-tlp  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0753-2     User: dphi     Page 1 of 1     Date Rcvd: Nov 01, 2016  
                   Form ID: amnddef     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 03, 2016.  
db/jdb         +David P Mullikin,    Sophrenia L Mullikin,    57 Apple Lane,    Bourbonnais, IL 60914-9506

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.     TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 03, 2016                                          Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 1, 2016 at the address(es) listed below:  
         Mark M Berardi     on behalf of Joint Debtor Sophrenia L Mullikin mberardilaw@gmail.com,  
          mberardilaw@gmail.com  
         Mark M Berardi     on behalf of Debtor David P Mullikin mberardilaw@gmail.com,  
          mberardilaw@gmail.com  
         Marsha L Combs-Skinner     Trusteecs@Danville13.com,  
          marsha@danville13.com;mcombs-skinner@ECF.epiqsystems.com,  
         U.S. Trustee     USTPRegion10.PE.ECF@usdoj.gov  
                                                                                              TOTAL: 4