Form ntchrgBK

**UNITED STATES BANKRUPTCY COURT**

Central District of Illinois
203 U.S. Courthouse
201 S. Vine Street
Urbana, IL 61802

*In Re:*  David P Mullikin and Sophrenia L Mullikin
*Debtor(s)*

*Case No.:* 16–90923
*Chapter* 13

**PLEASE TAKE NOTICE** that a Confirmation Hearing will be held at

    U.S. Courthouse, Courtroom C, 1st Floor, 201 S. Vine Street, Urbana, IL 61802

    on 12/21/16 at 09:30 AM

to consider and act upon the following:

Confirmation of Amended Chapter 13 Plan and any objections thereto.

Dated: 11/8/16

                                            /S/   Adrienne D. Atkins
                                           Clerk, U.S. Bankruptcy Court

    Go to *www.ilcb.uscourts.gov* for information regarding this court's *mandatory* electronic filing policy.

United States Bankruptcy Court
Central District of Illinois

In re:
David P Mullikin
Sophrenia L Mullikin
     Debtors

Case No. 16-90923-tlp
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0753-2     User: dphi     Page 1 of 1     Date Rcvd: Nov 08, 2016
                      Form ID: ntchrgBK    Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 10, 2016.
```
db/jdb         +David P Mullikin,   Sophrenia L Mullikin,   57 Apple Lane,   Bourbonnais, IL 60914-9506
6671000        +APS,    PO Box 5594,    Bankruptcy,    Carol Stream, IL 60197-5594
6674475        +Americredit Financial Services, Inc. dba GM Financ,   P O Box 183853,
                 Arlington, TX 76096-3853
6679634        +Andrew Kussmaul,    PO BOX 9013,    Addison, TX 75001-9013
6671001        +Cnvrgt Hthcr,    121 Ne Jefferson St Ste,    Peoria, IL 61602-1256
6671002        +Cont Cntl Cr,    Po Box 131120,    Carlsbad, CA 92013-1120
6671006        +DSG Collect/ONCOAS22,    P.O. Box 1022,    Bankruptcy,    Wixom, MI 48393-1022
6671008        +Gm Financial,    Po Box 181145,    Arlington, TX 76096-1145
6679635        +Harley-Davidson Credit Corp,    PO Box 9013,    Addison, TX 75001-9013
6671009        +Kevin Parks,    362 S Fultan Ave,    Bradley, IL 60915-2320
6671010        +Med Busi Bur,    1460 Renaissance Dr,    Park Ridge, IL 60068-1349
6671011        +Midwest MHC Finance, LLC,    43 E 5000 Rd North,    Bourbonnais, IL 60914-4474
6671013        +Personal Finance Co,    31 Meadowview Center,    Kankakee, IL 60901-2079
6671014        +Presence Health,    62314 Collection Center Dr,    Bankruptcy,    Chicago, IL 60693-0623
6672516         Presence Health by American InfoSource LP as agent,    PO Box 248838,
                 Oklahoma City, OK 73124-8838
6671015        +Tristar Estates,    43 E 5000 Rd N,    Bourbonnais, IL 60914-4474
6671016        +Verizon Wireless,    Po Box 49,    Lakeland, FL 33802-0049
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
6671003        +E-mail/Text: clerical.department@yahoo.com Nov 08 2016 19:36:36     Creditors Collection B,
                 755 Almar Pkwy,    Bourbonnais, IL 60914-2393
6671004        +E-mail/Text: clerical.department@yahoo.com Nov 08 2016 19:36:36     Credtrs Coll,
                 755 Almar Pkwy,    Bourbonnais, IL 60914-2392
6671005        +E-mail/Text: electronicbkydocs@nelnet.net Nov 08 2016 19:36:53     Dept Of Education/neln,
                 121 S 13th St,    Lincoln, NE 68508-1904
6671007        +E-mail/Text: bankruptcy.notices@hdfsi.com Nov 08 2016 19:37:07     Esb/harley Davidson Cr,
                 Po Box 21829,    Carson City, NV 89721-1829
6671012        +E-mail/Text: mmrgbk@miramedrg.com Nov 08 2016 19:36:53     Miramedrg,    991 Oak Creek Dr,
                 Lombard, IL 60148-6408
6673878        +E-mail/Text: electronicbkydocs@nelnet.net Nov 08 2016 19:36:53
                 U.S. Department of Education C/O Nelnet,    121 South 13th Street, Suite 201,
                 Lincoln, NE 68508-1911
                                                                                              TOTAL: 6
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
cr*            +AmeriCredit Financial Services, Inc. dba GM Financ,   P O Box 183853,
                 Arlington, TX 76096-3853
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 10, 2016                                       Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 8, 2016 at the address(es) listed below:
```
              Mark M Berardi    on behalf of Joint Debtor Sophrenia L Mullikin mberardilaw@gmail.com,
               mberardilaw@gmail.com
              Mark M Berardi    on behalf of Debtor David P Mullikin mberardilaw@gmail.com,
               mberardilaw@gmail.com
              Marsha L Combs-Skinner    Trusteecs@Danville13.com,
               marsha@danville13.com;mcombs-skinner@ECF.epiqsystems.com,
              U.S. Trustee    USTPRegion10.PE.ECF@usdoj.gov
                                                                                             TOTAL: 4
```