Certificate Number: 14912-ILC-DE-028352060

Bankruptcy Case Number: 16-90923



14912-ILC-DE-028352060

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 13, 2016, at 11:27 o'clock PM EST, David Mullikin completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Central District of Illinois.

Date:    November 13, 2016          By:    /s/Jai Bhatt

                                    Name:  Jai Bhatt

                                    Title: Counselor