**IT IS SO ORDERED.**

**SIGNED THIS: December 23, 2016**

_____
**William V. Altenberger**
**United States Bankruptcy Judge**

---

**UNITED STATES BANKRUPTCY COURT**
**FOR THE CENTRAL DISTRICT OF ILLINOIS**
**URBANA DIVISION**

| | |
|---|---|
| IN RE: | ) |
| DAVID P. MULLIKIN and | ) |
| SOPHRENIA L. MULLIKIN, | ) Case No. 16-90923 |
| | ) |
| Debtors. | ) Chapter 13 |

**AGREED CONFIRMATION ORDER**

IT IS THEREFORE ORDERED that the Amended Chapter 13 Plan is confirmed as filed, with the following changes:

1. The Plan shall pay 100% percent of the timely filed unsecured creditor's claims. In the event that it pays less than 100 percent of the timely filed unsecured claims, after the expiration of the Claims Bar Date, the Debtor shall file a Motion to Modify the Plan.

Approved as to form and content:

/s/ Marsha L. Combs-Skinner           /s/ _____
Marsha L. Combs-Skinner               Attorney for Debtors
Chapter 13 Standing Trustee           Mark M. Berardi
Central District of Illinois          Law Offices Of Mark M. Berardi
108 S. Broadway, P.O. Box 349         207 S. Water St
Newman, IL 61942                      Wilmington, IL 60481
Telephone: 217-837-9730               (815)476-7635
E-Mail: Marsha@Danville13.com         mberardilaw@gmail.com

###