**IT IS SO ORDERED.**

**SIGNED THIS: December 23, 2016**

_____
**William V. Altenberger
United States Bankruptcy Judge**

_____

**UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION**

| | |
|---|---|
| IN RE: ) | |
|    DAVID P. MULLIKIN and ) | |
|    SOPHRENIA L. MULLIKIN, ) | Case No. 16-90923 |
| ) | |
|    Debtors. ) | Chapter 13 |

**AGREED CONFIRMATION ORDER**

     IT IS THEREFORE ORDERED that the Amended Chapter 13 Plan is confirmed as filed, with the following changes:

1. The Plan shall pay 100% percent of the timely filed unsecured creditor's claims. In the event that it pays less than 100 percent of the timely filed unsecured claims, after the expiration of the Claims Bar Date, the Debtor shall file a Motion to Modify the Plan.

Approved as to form and content:

| /s/ Marsha L. Combs-Skinner | /s/ |
|---|---|
| Marsha L. Combs-Skinner | Attorney for Debtors |
| Chapter 13 Standing Trustee | Mark M. Berardi |
| Central District of Illinois | Law Offices Of Mark M. Berardi |
| 108 S. Broadway, P.O. Box 349 | 207 S. Water St |
| Newman, IL 61942 | Wilmington, IL 60481 |
| Telephone: 217-837-9730 | (815)476-7635 |
| E-Mail: Marsha@Danville13.com | mberardilaw@gmail.com |

###

United States Bankruptcy Court
Central District of Illinois

In re:  
David P Mullikin  
Sophrenia L Mullikin  
    Debtors

Case No. 16-90923-tlp  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0753-2     User: dphi     Page 1 of 1     Date Rcvd: Dec 23, 2016  
                  Form ID: pdf012    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 25, 2016.  
db/jdb       +David P Mullikin,   Sophrenia L Mullikin,   57 Apple Lane,   Bourbonnais, IL 60914-9506

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                   TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 25, 2016                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 23, 2016 at the address(es) listed below:  
           Mark M Berardi     on behalf of Joint Debtor Sophrenia L Mullikin mberardilaw@gmail.com, mberardilaw@gmail.com  
           Mark M Berardi     on behalf of Debtor David P Mullikin mberardilaw@gmail.com, mberardilaw@gmail.com  
           Marsha L Combs-Skinner     Trusteecs@Danville13.com, marsha@danville13.com;mcombs-skinner@ECF.epiqsystems.com,  
           U.S. Trustee     USTPRegion10.PE.ECF@usdoj.gov  
                                                                            TOTAL: 4