Form clmfldcredntc(clmfldcr)

# UNITED STATES BANKRUPTCY COURT

Central District of Illinois
203 U.S. Courthouse
201 S. Vine Street
Urbana, IL 61802

| | |
|---|---|
| *In Re:*  David P Mullikin and Sophrenia L Mullikin<br>*Debtor* | *Case No.:*  16–90923 |
| | *Chapter:*  13 |

## *NOTICE TO CREDITOR THAT CLAIM HAS BEEN FILED*

*Notice to Midwest Home Rentals, LLC*

On 01/23/2017

☐ David P Mullikin and Sophrenia L Mullikin ,
57 Apple Lane
Bourbonnais, IL 60914
, *debtor(s) in the above named case,*

☒ Mark M Berardi,
Law Offices of Mark M Berardi
207 S Water St
Wilmington, IL 60481
, *debtor's attorney in the above named case*,

☐ Marsha L Combs–Skinner,
Chapter 13 Standing Bankruptcy Trustee
108 S. Broadway
PO Box 349
Newman, IL 61942
, *trustee in the above named case*,

filed a claim on your behalf. If you have not received a copy of the claim, please contact the party filing the claim on your behalf at the address given above or a copy of the claim is available online. This pleading may be viewed in the Bankruptcy Clerk's Office during regular business hours or on PACER (Public Access to Court Electronic Records).

*Dated:* 1/23/17

  /S/   Adrienne D. Atkins  
Clerk, U.S. Bankruptcy Court

Go to *www.ilcb.uscourts.gov* for information regarding this court's *mandatory* electronic filing policy.