Form clmfldcredntc(clmfldcr)

# UNITED STATES BANKRUPTCY COURT

Central District of Illinois
203 U.S. Courthouse
201 S. Vine Street
Urbana, IL 61802

*In Re:* David P Mullikin and Sophrenia L Mullikin      *Case No.:* 16−90923
*Debtor*

*Chapter:* 13

## NOTICE TO CREDITOR THAT CLAIM HAS BEEN FILED

*Notice to Midwest Home Rentals, LLC*

On 01/23/2017

☐ David P Mullikin and Sophrenia L Mullikin ,
57 Apple Lane
Bourbonnais, IL 60914
, *debtor(s) in the above named case,*

☒ Mark M Berardi,
Law Offices of Mark M Berardi
207 S Water St
Wilmington, IL 60481
, *debtor's attorney in the above named case*,

☐ Marsha L Combs−Skinner,
Chapter 13 Standing Bankruptcy Trustee
108 S. Broadway
PO Box 349
Newman, IL 61942
, *trustee in the above named case*,

filed a claim on your behalf. If you have not received a copy of the claim, please contact the party filing the claim on your behalf at the address given above or a copy of the claim is available online. This pleading may be viewed in the Bankruptcy Clerk's Office during regular business hours or on PACER (Public Access to Court Electronic Records).

*Dated:* 1/23/17

  /S/   Adrienne D. Atkins  
Clerk, U.S. Bankruptcy Court

Go to *www.ilcb.uscourts.gov* for information regarding this court's *mandatory* electronic filing policy.

United States Bankruptcy Court
Central District of Illinois

In re:                                                                    Case No. 16-90923-tlp
David P Mullikin                                                          Chapter 13
Sophrenia L Mullikin
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0753-2          User: mste                  Page 1 of 1                  Date Rcvd: Jan 23, 2017
                              Form ID: clmfldcr           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 25, 2017.
6671011        +Midwest MHC Finance, LLC,    43 E 5000 Rd North,    Bourbonnais, IL 60914-4474

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 25, 2017                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 23, 2017 at the address(es) listed below:
              Mark M Berardi    on behalf of Joint Debtor Sophrenia L Mullikin mberardilaw@gmail.com,
               mberardilaw@gmail.com
              Mark M Berardi    on behalf of Debtor David P Mullikin mberardilaw@gmail.com,
               mberardilaw@gmail.com
              Marsha L Combs-Skinner    Trusteecs@Danville13.com,
               marsha@danville13.com;mcombs-skinner@ECF.epiqsystems.com,
              U.S. Trustee    USTPRegion10.PE.ECF@usdoj.gov
                                                                                             TOTAL: 4