# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF ILLINOIS
### URBANA DIVISION

IN RE:                                     )
    **DAVID P. MULLIKIN and**           )
    **SOPHRENIA L. MULLIKIN,**          ) **Case No. 16-90923**
                                           )
    **Debtors.**                        ) **Chapter 13**

## NOTICE OF OBJECTION TO CLAIM

    NOW COMES Marsha L. Combs-Skinner, Chapter 13 Standing Trustee, for her Objection to claim number 11 filed by Personal Finance Co., alleging an Unsecured interest in the amount of $3,711.11.  Said claim may be reduced, modified, or eliminated.  The basis for the objection is indicated below:

___ 1. The claim filed contains a   claim but it does not appear from the claim that any part of the claim is entitled to   status.  The Trustee consents to the allowance of the claim as unsecured.

___ 2. The claim appears to be a duplication of claim   and should be disallowed in its entirety.

_X_ 3. The claim was filed after the bar date of January 17, 2017 and should be disallowed in its entirety.

___ 4. The claim is unsigned and the claim should be disallowed in its entirety if the Claimant fails to amend.

___ 5. The Claimant failed to attach documentation as required for a claim of that type and should be disallowed in its entirety if the Claimant fails to amend.

___ 6. The Claimant failed to use the proper claim form, B10 (Official Form 10)(04/13), and the claim should be disallowed in its entirety if the Claimant fails to amend.

_X_ 7. If you disagree with the objection, you should file an answer and/or amended claim with the bankruptcy court within 30 days from the date of this notice.  You must serve a copy of your answer on the Trustee and all parties listed on the proof of service.  **ABSENCE OF A TIMELY RESPONSE WILL CONSTITUTE CONSENT TO THE ENTRY OF AN ORDER ALLOWING OR DISALLOWING THE CLAIM AS SET FORTH IN THE OBJECTION.**

                                                Respectfully Submitted by

                                                /s/ Marsha L. Combs-Skinner
                                                Marsha L. Combs-Skinner,
                                                Chapter 13 Standing Trustee
                                                Central District of Illinois
                                                108 S. Broadway, P.O. Box 349
                                                Newman, IL 61942

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a copy of the foregoing was served upon Mark M. Berardi, Attorney for the Debtors, and the United States Trustee, by electronic notification through ECF on August 18, 2017, and I hereby certify that I have mailed by United States Postal Service the document to the following non CM-ECF participants:

David P. Mullikin
Sophrenia L. Mullikin
57 Apple Lane
Bourbonnais, IL  60914

Personal Finance Co.
31 Meadowview Center
Kankakee, IL  60901

By: /s/ Marsha L. Combs-Skinner