**IT IS SO ORDERED.**

**SIGNED THIS: September 19, 2017**

_____
**Thomas L. Perkins
United States Bankruptcy Judge**
_____

**UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION**

| | |
|---|---|
| IN RE: ) | |
|    DAVID P. MULLIKIN and ) | |
|    SOPHRENIA L. MULLIKIN, ) | Case No. 16-90923 |
| ) | |
|    Debtors. ) | Chapter 13 |

**ORDER**

IT IS HEREBY ORDERED, that the Trustee's Objection to claim number 11 filed by Personal Finance Co. is allowed. Claim number 11 is disallowed in its entirety.

###